IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 115-102 |
| | ) | |
| GREGORY SAPP | ) | |

**O R D E R**

Counsel in the above-captioned case have advised the Court that all pretrial motions have been satisfied or otherwise resolved. (See doc. no. 25.) Therefore, a motions hearing for Defendant is not necessary, and all of his pending motions are **MOOT**. (Doc. nos. 11, 13, 15-21.)

SO ORDERED this 25th day of February, 2016, at Augusta, Georgia.

/s/ Brian K. Epps
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA